# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
## Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 3/7/25 | Dep. Clerk: JD |
| Case No. 25-MJ-808 | Ct. Rep: Jen |
| United States v. Zidan Abdallah | Time Called: 11:05 |
| Proceeding: detention hearing | Time Concl: 11:51 |

United States by:   Ben Taibleson, Chris Ladwig
Probation Officer:   Joseph Werner
Interpreter:
Defendants:   Zidan Abdallah, in person, and by Joe Bugni

Government argues for detention.
Representative of USM makes statement.
Defendant argues for release.
Defendant's parents makes statements.
Court continues detention at this time, sets case for in court hearing on 3/25/25 @ 10:00.
Court directs parties to confer re: release plan.